# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

izmo CRM, INC.

                        CASE NO.  C10-00518 JW

Plaintiff(s),

      v.

                        STIPULATION AND [~~PROPOSED~~]
PRIZE CORPORATION                 ORDER SELECTING ADR PROCESS

Defendant(s).

_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR (*please identify process and provider*)  _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

✓        other requested deadline  120 days from the date of the order referring case to mediation.

Dated: May 4, 2010                       /S/  Shirley E. Jackson
                                   Attorney for Plaintiff
                                   Shirley E. Jackson

Dated: May 4, 2010                       /S/ John F. DiNapoli
                                   Attorney for Defendant
                                   John F. DiNapoli

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
X   Mediation
    Private ADR

Deadline for ADR session
    90 days from the date of this order.
X   other   120 days from the date of the order referring case to mediation.


IT IS SO ORDERED.


Dated: _____May 10, 2010_____

_____
UNITED STATES DISTRICT        JUDGE