JOHN DINAPOLI (SBN 84365)
STEVEN J. SIBLEY (SBN 152365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone: (408) 999-0900
Facsimile: (408) 999-0191
e-mail: jfd@dslaw.net

ROBERT A. MCLEAN (Pro Hac Vice)
FARRIS BOBANGO BRANAN PLC
999 Shady Grove Rd, Suite 500
Memphis, TN, 38120
Telephone: (901) 259-7100
Facsimile: (901) 259-7150
e-mail: ramclean@farris-law.com

Attorneys for Defendant and Counter-Claimant
PRIZE CORPORATION, a Tennessee corporation

DANIEL F. PYNE (SBN 131955)
SHIRLEY E. JACKSON (SBN 205872)
HOPKINS & CARLEY, A Law Corporation
The Letitia Building
70 S. First Street
San Jose, CA  95113-2406
Telephone: (408) 286-9800
Facsimile: (408) 998-4790
e-mail: dpyne@hopkinscarley.com
e-mail: sjackson@hopkinscarley.com

Attorneys for Plaintiff and Counter-Defendant
izmo CRM, INC.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| izmo CRM, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>PRIZE CORPORATION, a Tennessee corporation, and DOES 1 through 20, inclusive,<br><br>     Defendants.<br><br>& RELATED CROSS-ACTION | Case No. 10-CV-00518-LHK<br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION TO EXTEND DEADLINE FOR MEDIATION AND TO WITHDRAW CASE FROM THE COURT'S ADR PROCESS**<br><br>[ADR Local Rule 6-5]<br><br>Current ADR Deadline:      9/7/10 |

Having considered the written Stipulation and Motion of the parties to this action, through

their respective counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The parties' deadline to complete the mediation of this case is extended from its present deadline to and including November 12, 2010.

2. This action is withdrawn from the Court's ADR Process and referred to private mediation before the Hon. Leonard B. Sprinkles, Ret., of Mediation Masters in San Jose, California, on October 13, 2010.

3. Attorney William Faulkner of McManis Faulkner, whom the Court appointed as mediator by written notice on June 10, 2010, is excused from further services in this case.

Dated: September 9, 2010

By: *Lucy H. Koh*

HON. LUCY H. KOH
United States District Court Judge