UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| izmo CRM, INC.,<br>   Plaintiff,<br> v.<br>PRIZE CORPORATION, a Tennessee corporation, and DOES 1 through 20, inclusive,<br>   Defendants. | Case No.:10-CV-00518-LHK<br><br>ORDER DENYING REQUEST TO SUBMIT SUPPLEMENTARY EVIDENCE |

On April 11, 2011, Plaintiff izmo CRM filed a request to submit supplemental information to address objections to portions of the Soni Declaration raised by Defendant Prize in its Reply in support of its Motion for Summary Judgment. *See* Dkt. No. 61. Plaintiff's request is denied. The Court finds that Defendant's objection is overruled as to the only document upon which the Court will rely in deciding the Motion for Summary Judgment. As to all other documents and information, Defendant's objections are moot because the Court will not rely upon them.

**IT IS SO ORDERED.**

Dated: April 12, 2011

                *Lucy H. Koh*
LUCY H. KOH
United States District Judge