**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| izmo CRM, INC., | ) | Case No.:10-CV-00518-LHK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER REGARDING JOINT CASE |
| PRIZE CORPORATION, a Tennessee corporation, and DOES 1 through 20, inclusive, | ) ) | MANAGEMENT STATEMENT |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court set a Case Management Conference on June 22, 2011 at 2 p.m.  Pursuant to Civil Local Rule 16-9 and Standing Order for All Judges of the Northern District of California, a Joint Case Management Statement was due one week before the conference.  To date, no Joint Case Management Statement has been filed.  The parties shall file a Joint Case Management Statement by noon on Tuesday, June 21, 2011.

**IT IS SO ORDERED.**

Dated: June 20, 2011

_____
LUCY H. KOH
United States District Judge

1
Case No.: 10-CV-00518-LHK
ORDER REGARDING JOINT CASE MANAGEMENT STATEMENT