1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

SAN JOSE DIVISION

12

13 | izmo CRM, INC.,

CASE NO.  C10-00518 LHK

14 |             Plaintiff,

**STIPULATED ORDER OF DISMISSAL**

15 | v.

16 | PRIZE CORPORATION, a Tennessee
corporation, and DOES 1 through 20,
17 | inclusive,

18 |             Defendants.

19 | PRIZE CORPORATION,

20 |             Counterclaimant,

21 | v.

22 | izmo CRM, INC.,

23 |             Counterdefendant.

24
25
26
27
28

1    The parties have agreed to settle the above-entitled litigation pursuant to a confidential

2    Settlement Agreement and Mutual Release (the "Settlement Agreement") and hereby stipulate

3    that:

4        1.    The Court shall dismiss the case at bar with prejudice but shall retain jurisdiction

5    up to and including November 30, 2012 in the event that either party seeks to enforce the terms of

6    the settlement;

7        2.    Any party seeking to enforce the settlement shall file an *ex parte* motion and,

8    where appropriate, an accompanying stipulation for entry of judgment, subject to the notice

9    requirements set forth below, by no later than November 30, 2012, whereupon the clerk shall

10   open the file;

11       3.    Any *ex parte* motion to enforce the settlement shall be served upon counsel of

12   record via email or facsimile transmission, with notice (i) effective on izmo CRM on the day it is

13   served if served by 5:00 p.m. Pacific Time on a court day, or on the following court day if served

14   otherwise, or or (ii) effective on Prize on the day it is served if served by 5:00 p.m. Central Time

15   on a court day, or on the following court day if served otherwise;

16       4.    Any opposition to an *ex parte* motion to enforce the settlement shall be filed and

17   served within four (4) court days after service of the motion;

18       5.    Any hearing on a motion to enforce the settlement shall be set for the earliest date

19   and time available on the Court's calendar after the deadline for filing and serving the opposition

20   papers has expired.

21       **IT IS SO STIPULATED.**

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

STIPULATED ORDER OF DISMISSAL                                    CASE NO. C-10-00518 LHK

Dated: June **29**, 2011

HOPKINS & CARLEY
A Law Corporation

By: _Daniel F. Pyne_
     Daniel F. Pyne
     Attorneys for Plaintiff and Counter-Defendant
     izmo CRM, INC.

Dated: June **29**, 2011

DINAPOLI & SIBLEY

By: _John DiNapoli_
     John DiNapoli
     Attorneys for Defendant and Counter-Claimant
     PRIZE CORPORATION


**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**


Dated:   June 30, 2011

                _Lucy H. Koh_
                HON. LUCY H. KOH

714\854278.4