JOHN DINAPOLI (SBN 84365)
STEVEN J. SIBLEY (SBN 152365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone:   (408) 999-0900
Facsimile:   (408) 999-0191
e-mail:   jfd@dslaw.net

ROBERT A. MCLEAN (Pro Hac Vice)
FARRIS BOBANGO BRANAN PLC
999 S. Shady Grove Road, Suite 500
Memphis, TN 38120
Telephone:   (901) 259-7100
Facsimile:   (901) 259-7150
e-mail:   ramclean@farris-law.com

Attorneys for Defendant and Counter-Claimant
PRIZE CORPORATION, a Tennessee corporation

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| izmo CRM, INC., | Case No. 10-CV-00518-LHK |
| Plaintiff, | **STIPULATED JUDGMENT** |
| v. | |
| PRIZE CORPORATION, a Tennessee corporation, and DOES 1 through 20, inclusive, | |
| Defendants. | |
| & RELATED COUNTERCLAIM | |

PURSUANT TO the written Stipulation for Entry of Judgment this Court has retained jurisdiction of this matter, and accordingly, judgment is hereby rendered in favor of Defendant and Counter-Claimant Prize Corporation against Plaintiff and Counter-Defendant izmo CRM, Inc., in the sum of $40,000, plus $600 late fee, due and payable to Prize upon entry of this Judgment.

Failure to pay this Judgment immediately shall subject the assets of Plaintiff and Counter-Defendant izmo CRM, Inc. to levy and execution. Pursuant to the Settlement Agreement and Mutual Release of Claims post judgment interest on this Judgment shall be ten per cent (10%) from the date izmoCRM failed to cure the default, which was Tuesday, November 6, 2012. All costs of collection incurred after Tuesday, November 6, 2012, including reasonable attorneys' fees, shall be added to the judgment amount and taxed to Plaintiff and Counter-Defendant izmo CRM, Inc. pursuant to the procedure set forth under Federal Rule of Civil Procedure 54(d).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Judgment is final and non-appealable.

Dated: November 21, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Court Judge